UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAYMOND PRUITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01658-TWP-MJD |
| | ) | |
| S. KNIGHT, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| ANGELA JOHNSON, | ) | |
| AMANDA L. SHELBY, | ) | |
| MATTHEW R. ELLIOTT, | ) | |
| SARAH R. DOTY, | ) | |
| CARITA AUSTIN, | ) | |
| JESSICA B. COX, | ) | |
| JACOB R. COX, | ) | |
| | ) | |
| Recruited Counsels. | ) | |

**MINUTE ENTRY FOR OCTOBER 21, 2020**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared in person and by counsel for a telephonic settlement conference.

This matter has been resolved.  Therefore, all pending motions, if any, are now **DENIED AS**

**MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences,

and trial, if any, are **VACATED**.

**Within sixty (60) days of the date of this entry**, counsel for the parties shall file a

motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal

of this action or a stipulation of dismissal (consistent with the agreement of the parties).

Additional time to complete the execution of the necessary documents may be granted for good

cause shown, if requested in writing before expiration of this period.

      SO ORDERED.

Dated:  21 OCT 2020

                  Mark J. Dinsmore
                  United States Magistrate Judge
                  Southern District of Indiana

Distribution:

RAYMOND PRUITT
111243
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135

Caridad Austin
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
carita.austin@FaegreBD.com

Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
jessica.cox@faegredrinker.com

Jacob R. Cox
COX LAW OFFICE
jcox@coxlaw.com

David C. Dickmeyer
INDIANA ATTORNEY GENERAL
David.Dickmeyer@atg.in.gov

Sarah Richards Doty
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
sarah.doty@faegredrinker.com

Matthew Richard Elliott
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
matthew.elliott@Faegredrinker.com

Thomas Joseph Flynn
INDIANA ATTORNEY GENERAL
tom.flynn@atg.in.gov

Cameron S. Huffman
INDIANA ATTORNEY GENERAL
cameron.huffman@atg.in.gov

Angela N. Johnson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
angela.johnson@faegredrinker.com

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Amanda L. Shelby
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
amanda.shelby@faegredrinker.com

Sarah Jean Shores
INDIANA OFFICE OF THE ATTORNEY GENERAL
sarah.shores@atg.in.gov